

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00632-CR

**EX PARTE** Elliot Jerzain **RAMOS-ESTRADA**,
Appellant

From County Court at Law No. 1, Webb County, Texas
Trial Court No. 2022CRB000724L1
Honorable Leticia Martinez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order denying Elliot Jerzain Ramos-Estrada's application for pretrial writ of habeas corpus is REVERSED, and this cause is REMANDED to the trial court with instructions to discharge Elliot Jerzain Ramos-Estrada from bail and dismiss the information in the underlying proceeding with prejudice.

SIGNED December 13, 2023.

_____
Lori I. Valenzuela, Justice